UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In Re: | Case No. 24-51746-kms |
| Yvonne A. Carter & Dominic T. Carter, | Chapter 13 |
| | Judge Katharine M. Samson |
| Debtors. | |
| _____/ | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES

TO:  Clerk of the Court
United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS  39501

Thomas Carl Rollins, Jr.
P.O. Box 13767
Jackson, MS  39236

Warren A. Cuntz T1, Jr.
P.O. Box 3749
Gulfport, MS  39505-3749

     PLEASE ENTER THE APPEARANCE of Jay E. Piggott, Assistant Attorney General, as attorney for the Michigan Department of Treasury, in the above-titled case.  This appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.  Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

     /s/ Jay E. Piggott
Jay E. Piggott (P68091)
Assistant Attorney General
Cadillac Place Building
3030 W. Grand Blvd., Ste. 10-200
Detroit, MI 48202
Telephone: (313) 456-0140
E-mail:  PiggottJ4@michigan.gov

Dated: April 10, 2025